USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CAROLINE SIMON, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

ULTIMATE FITNESS GROUP, LLC d/b/a ORANGETHEORY FITNESS, EPOC UWS LLC, FITNESS ADVOCATE LLC, ADAM KRELL, and DOES 1 through 10, inclusive, and each of them,

    Defendant.

Civil Case No.: 19-cv-00890-CM

**MEMO ENDORSED**

9/9/2020
The motion for a stay is DENIED. The reasons previously offered by the court to let Lee continue to defend this case apply — it will not work. Defendant is remanded to defend before there is so far no formal notice. The motion to extend deadline is GRANTED. Clerk to mark motion off calendar.

/s/ CM

## DEFENDANT EPOC UWS LLC'S NOTICE OF MOTION TO STAY PROCEEDINGS PENDING SUPREME COURT'S RULING IN *FACEBOOK V. DUGUID* OR, IN THE ALTERNATIVE, CONTINUING ALL DEADLINES FOR 120 DAYS

PLEASE TAKE NOTICE that, pursuant to Local Rules 6.1 and 7.1 of the United States District Court, Southern District of New York, and upon the accompanying Memorandum of Law, the Request for Judicial Notice, and the Declaration of Nina D. Boyajian, as well as all prior papers and proceedings herein, Defendant EPOC UWS LLC ("Defendant"), by and through its undersigned counsel, will and hereby moves this Court, before the Honorable Colleen McMahon at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 24A, New York, New York 10007, at a date and time to be set by the Court, for entry of an Order temporarily staying this case pending a ruling by the Supreme Court of the United States in *Facebook v. Duguid*, No. 19-511 (U.S. *cert granted* July 9, 2020). In the alternative, Defendant seeks a 120-day continuance of all deadlines set forth in the Court's July 8, 2020 Case Management Order (Dkt.

No. 58) to allow Defendant sufficient time to fully investigate Plaintiff's claims and prepare this case for trial.

Date: July 29, 2020          **GREENBERG TRAURIG, LLP**

By: /s/ *Justin A. MacLean*
Justin A. MacLean
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: 212-801-9200
Email: MacleanJ@gtlaw.com

Nina D. Boyajian (*Pro Hac Vice Pending*)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: 310- 586-7700
BoyajianN@gtlaw.com

*Attorneys for Defendant EPOC UWS LLC*