**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CAROLINE SIMON**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ULTIMATE FITNESS GROUP, LLC** d/b/a **ORANGETHEORY FITNESS**, and **DOES 1 through 10**, Inclusive, and Each of Them,<br><br>Defendants. | Case No. 1:19-cv-00890-CM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/13/2020 |

## [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

_/s/ Colleen McMahon_

Honorable Colleen McMahon

United States District Judge

10-13-2020